# EXHIBIT 14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| THE CORYN GROUP II, LLC, | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | Civil Action No. 08-cv-02764-WDQ |
| v. | ) | |
| | ) | Judge William D. Quarles, Jr. |
| O.C. SEACRETS, INC., | ) | |
| | ) | Magistrate Judge Susan K. Gauvey |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |
| O.C. SEACRETS, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE CORYN GROUP, INC., | ) | |
| | ) | |
| Third-Party Defendant, | ) | |
| and | ) | |
| | ) | |
| AMRESORTS, LLC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[ X ]   **Exhibit 14, which is an attachment to Defendant/Counterclaim-Plaintiff O.C. Seacrets, Inc.'s Memorandum in Opposition to The Coryn Group II, LLC and AMResorts, LLC's Motion for Summary Judgment** will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

[   ] _____

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this

Notice so that it may be electronically filed under seal.

I certify that at the same time I am filing this notice I will serve copies of the document

identified above by Federal Express.

Respectfully submitted,

O.C. SEACRETS, INC.

Dated: <u>November 19, 2009</u>

_____
Karen A. Kovacs (Bar No. 15708)
**DICKINSON WRIGHT PLLC**
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (202) 659-1559
kkovacs@dickinsonwright.com
*Attorney for Defendant, Counterclaim Plaintiff,*
*Third-Party Plaintiff O.C. Seacrets, Inc.*

Samuel D. Littlepage
Barth X. deRosa
H. Jonathan Redway
Steven D. Lustig
**DICKINSON WRIGHT PLLC**
1875 Eye Street N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (202) 659-1559
*Of Counsel for Defendant, Counterclaim Plaintiff,*
*Third-Party Plaintiff O.C. Seacrets, Inc.*