```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

**THE CORYN GROUP II, LLC**       \*
                                  \*
    V.                         \*          Civil No. WDQ-08-2764
                                  \*
**O.C. SEACRETS, INC.**           \*
                                  \*

**ORDER**

The Court GRANTS in part and DENIES in part O.C. Seacrets' Motion to Compel Responses to Notice of 30(b)(6) Deposition (Paper No. 67), and GRANTS in part and DENIES in part O.C. Seacrets, Inc.'s Third Motion to Compel Production of Documents Used to Prepare Witness for 30(b)(6) Deposition Directed to AMResorts, LLC (Paper No. 68).  The Court hereby ORDERS:

    that AMResorts must produce a fully prepared designee (or designees) capable of responding appropriately at a Rule 30(b)(6) deposition on topics 1, 6, 17-24, 31-47, with the exception of topics 39, 40, 41, and 43 which shall be limited to the extent to which the information requested relates to use of the Secrets mark by it and its affiliates;

    that this deposition will be conducted within 14 days of the date of this Order;

    that AMResorts shall be responsible for all costs incurred in deposition resumption, such as travel and accommodations;

that O.C. Seacrets shall file an appropriate petition reflective of this expense; and

that AMResorts shall provide to O.C. Seacrets the documents reviewed by Mr. Wojciechowski in preparation for his deposition with the exception of document five within three (3) days of the date of this Order.

It is so ORDERED this ___1st___ day of February, 2010.

_____/s/_____
Susan K. Gauvey
United States Magistrate Judge