1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
--------------------x
THE CORYN GROUP, II,    : CIVIL ACTION
LLC,                    :
Plaintiff,              :
Counterclaim-           :
Defendant               :
        v.              :
O.C. SEACRETS,          :
INC.,                   :
Defendant,              :
Counterclaim-           :
Plaintiff               :
--------------------    :
O.C. SEACRETS, INC.,    :
Third-Party             :
Plaintiff               :
        V.              :
THE CORYN GROUP,        :
INC.,                   :
        Third-Party     :
Defendant               :
        and             :
AM RESORTS, LLC,        :
Third-Party             : NO.
Defendant               : 08-CV-02764-WDQ
--------------------x

September 30, 2009
- - -
C O N F I D E N T I A L
ATTORNEY EYES ONLY
- - -

ESQUIRE DEPOSITION SOLUTIONS
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

                                                                                    119
1   add this hotel as a page to that website
2   that's already existing.
3          Q.    That would be a flash
4   presentation?
5          A.    It's not a flash
6   presentation.  Flash is used to create
7   the website.
8          Q.    Okay.
9          A.    It's not a presentation,
10  like a Power Point.
11         Q.    No.  I understand.
12         A.    Uh-huh.
13         Q.    But it's a mechanism on
14  the -- for the website to be active?
15         A.    Uh-huh.
16         Q.    Moving, flashing pictures?
17         A.    Correct.  In a simple way,
18  yes.
19         Q.    Okay.
20         A.    A way to visualize.
21         Q.    I'm sorry?
22         A.    A way to visualize on the
23  website.
24         Q.    Would the pre-opening

120

1  campaign, I believe you mentioned this
2  already, involve trade print advertising?
3      A.   Yes.
4      Q.   And what is your
5  understanding of trade print advertising?
6      A.   We would put ads and get an
7  editorial in Travel Agent magazine,
8  Travel Weekly magazine and the big, major
9  trade mediums so we could hit as many
10 travel agents as possible with our
11 message.
12     Q.   Would it involve consumer
13 print ads?
14     A.   It could but normally in
15 pre-opening, it doesn't.  We don't have
16 large budgets.
17     Q.   Would it involve direct mail
18 campaigns?
19     A.   It could.
20     Q.   What is your understanding
21 of a direct mail campaign?
22     A.   A direct mail campaign could
23 be either to the trade or to the consumer
24 and it would be a mail piece or a high

```
                                                    121
 1    impact mail piece that would send even a
 2    gift to that person, enticing them to
 3    think about us when they are considering
 4    their vacation decisions.
 5           Q.    Would a pre-opening campaign
 6    involve online banner campaigns?
 7           A.    Yes.
 8           Q.    What is your understanding
 9    of online banner campaigns?
10           A.    Whether it be through the
11    large online travel agencies, such as
12    Expedia, Travelocity or through the
13    websites of our primary partners around
14    the world, we would buy real estate on
15    their website and have a banner
16    somewhere, wherever they would allow, to
17    highlight the opening of the new Secrets,
18    X, Y, Z.
19           Q.    What about radio advertising
20    for a pre-opening?
21           A.    Not directly but through our
22    co-op agreements with our primary tour
23    operator partners, yes.
24                 Sometimes radio stations
```

122

1   would come to us, but rarely direct.
2           Q.   I've seen the phrase a micro
3   sites on brand sites and partner sites?
4           A.   Uh-huh.
5           Q.   Can you explain that to me?
6           A.   Sure.  A micro site is a
7   site that let's say Expedia would create
8   for a hotel or rent-a-car agency.
9                It means that there is an
10  area within their site where you would be
11  able to find all of the products being
12  offered by that particular partner.
13  That's a micro site.
14          Q.   Is that different from a
15  banner site?
16          A.   A banner is not a site.  A
17  banner is a little strip that you would
18  see at the top of the sides or the bottom
19  that would be used for advertising.
20          Q.   But the micro site, in
21  contrast, would be within the --
22          A.   A micro site is actually
23  pages and pages and pages of information
24  that would show all the Marriotts that

123

1  Expedia is offering on multiple pages so
2  that you don't have to go to Costa Rica,
3  so that you don't have to go to the
4  locations, you'll find all of them on
5  this little micro site that might be a
6  Marriott or a Dreams or a Secrets micro
7  site.
8       Q.   So they would have a micro
9  sites for Secrets and one could see all
10 the locations for Secrets?
11      A.   Yes.
12      Q.   I've seen the phrase tour
13 operator marketing initiatives.
14      A.   Uh-huh.
15      Q.   What's your understanding of
16 that term?
17      A.   Tour operators again are the
18 partners that we deal with who drive a
19 majority of our business to the hotels
20 and then the initiatives that we agree
21 with them to advertise and/or publicize
22 or market that particular hotel.
23      Q.   And that's the co-op
24 arrangements?

124

1       A.    Not only.
2       Q.    You said there are other
3   arrangements as well?
4       A.    Certainly; trade shows and
5   educationals and trainings and fam trips
6   and learning conferences and many, many
7   things that are considered initiatives
8   with the --
9       Q.    Tour operator?
10      A.    With all the partners.
11      Q.    Okay.  The phrase agent and
12  consumer and incentive contest?
13      A.    Yes.
14      Q.    Is that something that's
15  employed in the pre-opening campaigns?
16      A.    It can be.  It's just
17  another initiative.
18            Consumer campaigns, less so,
19  in pre-opening, because again, you don't
20  have any awareness for that particular
21  hotel.  Just because you put a name on
22  it, doesn't mean that people are going to
23  buy it.  You have to sell it and create
24  awareness for it.

125

                    But for the agents, it's
different; possibly a pre-opening.  You
would indeed offer incentives for a free
stay for three nights in the presidential
suite if you book five rooms in the next
six weeks type of thing, for example.
        Q.    What is the geographical
scope of the typical pre-opening
campaign?
              MR. FEE:  Objection.  Vague.
              THE WITNESS:  Could you be a
        little more specific?
BY MR. DeROSA:
        Q.    Let me ask you this:  The
pre-opening campaign, what geographical
areas are -- do you -- AMResorts, LLC,
typically target?
              MR. FEE:  Pre-opening
        campaign are you talking about?
              MR. DeROSA:  Just generally.
              THE WITNESS:  The primary
        target markets are the United
        States, Canada, Europe and the
        United Kingdom.

126

1  BY MR. DeROSA:
2       Q.   United Kingdom is not part
3  of Europe?
4       A.   Not the last time I asked
5  anybody who lived in the United Kingdom.
6       Q.   When you refer to the United
7  States, are these campaigns a national
8  scope?
9            MR. FEE:  What campaigns?
10           MR. DeROSA:  The pre-opening
11      campaigns, typically and generally
12      I'm speaking about.
13           MR. FEE:  These are not with
14      respect to Secrets?
15           MR. DeROSA:  With respect to
16      Secrets.
17           THE WITNESS:  No.  We don't
18      have large enough pre-opening
19      budgets to target everywhere in
20      the world; nor do we have the
21      ability to target everywhere in
22      the United States.
23           The money is parceled out
24      very, very carefully to a handful

127

1            of primary partners who help us to
2            get the message out.
3                    Those areas are located
4            throughout the United States.
5            There is not one target area
6            within the United States that's
7            more important than another.
8  BY MR. DeROSA:
9            Q.   So, it's national scope?
10           A.   Regionally throughout the
11 United States, yes.
12                   But I doubt I'm in every
13 state driving revenue to attract -- I'm
14 not in Iowa, for example, when I was
15 trying to attract a lot of business.
16                   I'll spend money in primary
17 markets.
18           Q.   And what do you consider
19 your primary markets?
20           A.   Los Angeles, San Francisco,
21 Denver, Chicago, Detroit, Atlanta,
22 Baltimore, Philadelphia and Pittsburgh,
23 Washington -- sorry -- New York and
24 Boston.