**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| THE CORYN GROUP II, LLC, | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| v. | ) | Civil Action No. 08-cv-02764-WDQ |
| | ) | |
| O.C. SEACRETS, INC., | ) | Judge William D. Quarles, Jr. |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |
| O.C. SEACRETS, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE CORYN GROUP, INC., | ) | |
| | ) | |
| Third-Party Defendant, | ) | |
| and | ) | |
| | ) | |
| AMRESORTS, LLC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**CONSENT MOTION TO WITHDRAW APPEARANCE OF WADE B. WILSON AND
ENTER APPEARANCE OF STEVEN A LUXTON**

The Coryn Group II, LLC ("Coryn II"), The Coryn Group, Inc. (together with The Coryn Group II, "Coryn"), and AMResorts, LLC ("AMResorts," and together with Coryn, "AMR") hereby move this Court, under Local Rule 101.2.a, for leave to withdraw the appearance of Wade B. Wilson from this action and substitute the appearance of Steven A. Luxton. In support of this motion, AMR states as follows:

- 2 -

    1.    Wade B. Wilson appeared in this action on behalf of AMR through the filing of the Complaint.

    2.    Mr. Wilson is leaving the employment of Morgan Lewis on July 1, 2010.

    3.    Steven A. Luxton is entering his appearance with this Motion. Mr. Luxton is a partner at Morgan Lewis and a member in good standing of the Bar of this Court (#25894).

    4.    AMR continues to be represented in this action by J. Kevin Fee, Kristin H. Altoff, and Daniel S. Marks of Morgan Lewis, in accordance with L.R. 101.2.a(1).

    5.    On June 24, 2010, counsel for AMR requested and received the consent of counsel for Defendants in support of this motion.

    6.    Granting the present consent motion would not prejudice either party.

For the reasons above, AMR respectfully requests that this Court grant this motion to withdraw the appearance of Wade B. Wilson and substitute the appearance of Steven A. Luxton.

Dated: June 30, 2010

Respectfully submitted,

   /s/ Steven A. Luxton
Steven A. Luxton (Fed. Bar No. 25894)
J. Kevin Fee
Kristin H. Altoff
Daniel S. Marks
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3000
202.739.3001 Facsimile
sluxton@morganlewis.com
jkfee@morganlewis.com
khaltoff@morganlewis.com
dmarks@morganlewis.com

*Attorneys for Plaintiff/Counterclaim-Defendant and Third-Party Defendants The Coryn Group II, LLC, The Coryn Group, Inc., and AMResorts, LLC*