**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| THE CORYN GROUP II, LLC, | ) | |
| | ) | |
| Plaintiff/ | ) | Civil Action No. 08-cv-02764-WDQ |
| Counterclaim-Defendant, | ) | |
| v. | ) | Judge William D. Quarles, Jr. |
| | ) | |
| O.C. SEACRETS, INC., | ) | Magistrate Judge Susan K. Gauvey |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |
| O.C. SEACRETS, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE CORYN GROUP, INC., | ) | |
| | ) | |
| Third-Party Defendant, | ) | |
| and | ) | |
| | ) | |
| AMRESORTS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**DEFENDANT/COUNTERCLAIM-PLAINTIFF O.C. SEACRETS, INC.'S**
**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendant/Counterclaim-Plaintiff O.C. Seacrets, Inc. ("O.C.")

appeals to the United States Court of Appeals for the Fourth Circuit from the following Orders of

the U.S. District Court for the District of Maryland in the above-styled civil action:

(1)     The Order of the District Court entered on April 9, 2012 wherein O.C.'s motion to
amend the partial judgment and/or for a new trial on compensatory damages was denied
by the District Court;

(2)     The Order of the District Court entered on April 9, 2012 wherein O.C.'s motion for an award of attorney's fees was denied;

(3)      The Memorandum Opinion of the District Court entered on November 17, 2011, denying portions of O.C.'s motion for alternate jury instructions, namely Alternative Jury Instruction No. 26;

(4)     In the event of any remand for a new trial of this civil action, the ruling and subsequent Memorandum Opinion entered on November 17, 2011 in which the District Court respectively denied O.C.'s motion to amend the final pretrial order in this civil action, denied any reconsideration of that motion, and then excluded, at trial, all exhibits and witnesses not expressly identified in the final pretrial order filed on May 10, 2010;

(5)     The Final Judgment entered April 19, 2012, to the extent that it incorporates by reference the above-noted prior rulings of the District Court.

Respectfully submitted,

**O.C. SEACRETS, INC**.

Dated: May 17, 2012                    ____/s/ H. Jonathan Redway_____
                                       H. Jonathan Redway  (Bar No. 29708)
                                       **DICKINSON WRIGHT PLLC**
                                       1875 Eye Street, N.W., Suite 1200
                                       Washington, D.C. 20006
                                       Telephone: (202) 457-0160
                                       Facsimile: (202) 659-1559
                                       jredway@dickinsonwright.com
                                       *Attorney for Defendant, Counterclaim Plaintiff,*
                                       *Third-Party Plaintiff O.C. Seacrets, Inc.*

                                       Samuel D. Littlepage
                                       Melissa Alcantara
                                       **DICKINSON WRIGHT PLLC**
                                       1875 Eye Street, N.W., Suite 1200
                                       Washington, D.C. 20006
                                       Telephone: (202) 457-0160
                                       Facsimile: (202) 659-1559

                                       *Of Counsel for Defendant, Counterclaim-Plaintiff,*
                                       *Third-Party Plaintiff O.C. Seacrets, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**


The undersigned hereby certifies that a true and correct copy of Defendant/Counterclaim-Plaintiff O.C. Seacrets, Inc.'s Notice of Cross-Appeal has been served upon counsel of record on May 17, 2012, via first class mail, postage prepaid, as identified below:

J. Kevin Fee

Kristin H. Altoff

Daniel S. Marks

Steven A. Luxton

Morgan, Lewis & Bockius, LLP

1111 Pennsylvania Avenue, N.W.

Washington, D.C. 20004

/s/ H. Jonathan Redway

H. Jonathan Redway
